

LAW OFFICE OF VISUVANATHAN RUDRAKUMARAN
875 AVENUE OF THE AMERICAS, SUITE 2309
NEW YORK, NY 10001
PHONE: (212) 290-2925   FAX: (212) 290-2303
E-MAIL: v.rudra@worldnet.att.net

Honorable Peter G. Sheridan
United States District Court
District of New Jersey
Newark, NJ

May 27, 2008

Honorable Peter G. Sheridan,

RE:   **Gamini Keerthiratna Kurukulasuriya**
      **v.**
      **Evelyn McNair**

      No. <u>Civil 07 - 5373</u>

First of all, let me apologize to the Court for the failure to appear today.

The Petitioner in the above matter has already been released from custody. And thus, the matter has become moot.

The Petitioner hereby withdraws the Petition for Writ of Habeas Corpus.

If you have any questions, please do not hesitate to contact me at the above address or phone number. Thank you.

Sincerely yours,

Visuvanathan Rudrakumaran
Pro Hac Vice Attorney

Cc:

Susan Handler-Menahem
Assistant U.S. Attorney
970 Broad Street, Suite 700
Newark, NY 07102

SO ORDERED: *[signature]*
DATED: 5/27/08